4

Lewis E. Jerald
vs.
Vito Valentino
No. 83784.

June 25, 1932.

CHURCHILL, J. Motion for new trial filed by the defendant after a verdict for plaintiff in the sum of $1,066.70 in an action for negligence.

Lewis E. Jerald, husband of Blanche R. Jerald, brought suit for consequential damages. The matter of liability has been decided in the case of *May S. Smyth* vs. *Vito Valentino*, No. 83782. No question is raised in regard to the amount of the verdict. On the evidence it was amply justified.

Motion for a new trial is hereby denied.

For plaintiff: Arthur A. Thomas.
For defendant: Luigi De Pasquale.